THE PEOPLE ex rel. PATRICK J. RYAN, Respondent, *v.* THE
BOARD OF COUNTY CANVASSERS OF ONONDAGA COUNTY et al.,
Appellants.

(Argued December 15, 1891; decided December 29, 1891.)

APPEAL from order of the General Term of the Supreme
Court in the third judicial department, made December 8,
1891, which affirmed an order of Special Term granting a
peremptory writ of mandamus.

*Louis Marshall* for appellants.

*William Nottingham* for David A. Munro, Jr., appellant.

*Joseph H. Choate, William A. Sutherland, Matthew Hale,
J. F. Parkhurst* and *Eugene Burlingame* for respondent.

Agree to affirm; no opinion.
All concur, except ANDREWS, FINCH and PECKHAM, JJ.,
dissenting.
Order affirmed. _____